IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Center City Healthcare, LLC d/b/a Hahnemann University Hospital, *et al.*, | Case No. 19-11466 (MFW) |
| | Jointly Administered |
| Debtors. | |
| Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C., | |
| Plaintiffs, | |
| v. | Adversary Proceeding No. 21-50993 (MFW) |
| Harrison Street Real Estate, LLC, HSRE VI Holding, LLC, HSRE-PAHH IA, LLC, HSRE-PAHH I, LLC, PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Broad Street MOB, LLC, PAHH Feinstein MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Erie Street Garage, LLC, and Capital One, National Association, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

  I, Mark Minuti, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that I caused service of the *Complaint, Summons* and *Notice of Pretrial Conference and Debtors' Motion for Entry of an Order Authorizing the Debtors to File the Complaint Under Seal* was made on the below parties on September 8, 2021 by Mail Service: Regular, first class United States mail, postage fully pre-paid.

| | |
|---|---|
| Harrison Street Real Estate LLC<br>c/o Stuart M. Brown, Esquire<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801 | HSRE VI Holding, LLC<br>c/o Stuart M. Brown, Esquire<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801 |
| HSRE-PAHH IA, LLC<br>c/o Stuart M. Brown, Esquire<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801 | HSRE-PAHH I, LLC<br>c/o Stuart M. Brown, Esquire<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801 |

PAHH New College MOB, LLC
c/o Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

PAHH Bellet MOB, LLC
c/o Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

PAHH Broad Street MOB, LLC
c/o Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

PAHH Feinstein MOB, LLC
c/o Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

PAHH Wood Street Garage, LLC
c/o Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

PAHH Erie Street Garage, LLC
c/o Stuart M. Brown, Esquire
DLA Piper LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801

Capital One, National Association
c/o Louis A. Curcio, Esquire
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, NY 10022

Under penalty of perjury, I declare that the foregoing is true and correct.

*/s/ Mark Minuti*
Mark Minuti (Bar No. 2659)
SAUL EWING ARNSTEIN & LEHR LLP
1201 North Market Street, Suite 2300
PO Box 1266
Wilmington, DE 19899
(302) 421-6840

Dated: September 8, 2021