# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, PHILADELPHIA ACADEMIC HEALTH SYSTEM, LLC, ST. CHRISTOPHER'S HEALTHCARE, LLC, PHILADELPHIA ACADEMIC MEDICAL ASSOCIATES, LLC, HPS OF PA, L.L.C., SCHC PEDIATRIC ASSOCIATES, L.L.C., ST. CHRISTOPHER'S PEDIATRIC URGENT CARE CENTER, L.L.C., SCHC PEDIATRIC ANESTHESIA ASSOCIATES, L.L.C., STCHRIS CARE AT NORTHEAST PEDIATRICS, L.L.C., TPS OF PA, L.L.C., TPS II OF PA, L.L.C., TPS III OF PA, L.L.C., TPS IV OF PA, L.L.C. and TPS V OF PA, L.L.C.,<br><br>    Plaintiffs,<br><br>v.<br><br>HARRISON STREET REAL ESTATE, LLC, HSRE VI HOLDING, LLC, HSRE-PAHH IA, LLC, HSRE-PAHH I, LLC, PAHH NEW COLLEGE MOB, LLC, PAHH BELLET MOB, LLC, PAHH BROAD STREET MOB, LLC PAHH FEINSTEIN MOB, LLC, PAHH WOOD STREET GARAGE, LLC, PAHH ERIE STREET GARAGE, LLC, and CAPITAL ONE, NATIONAL ASSOCIATION,<br><br>    Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br>Adv. Proc. No. 21-50993 (MFW) |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

**DEBTORS-PLAINTIFFS' STATUS REPORT**

Center City Healthcare, LLC, Philadelphia Academic Health System, LLC, St. Christopher's Healthcare, LLC, Philadelphia Academic Medical Associates, LLC, HPS of PA, L.L.C., SCHC Pediatric Associates, L.L.C., St. Christopher's Pediatric Urgent Care Center, L.L.C., SCHC Pediatric Anesthesia Associates, L.L.C., StChris Care at Northeast Pediatrics, L.L.C., TPS of PA, L.L.C., TPS II of PA, L.L.C., TPS III of PA, L.L.C., TPS IV of PA, L.L.C. and TPS V of PA, L.L.C. (collectively, the "**Debtors**" or the "**Debtors-Plaintiffs**") the debtors and debtors-in-possession in the above captioned jointly administered chapter 11 cases and the Plaintiffs in the captioned adversary proceeding (the "**Adversary Proceeding**"), by and through their undersigned attorneys, hereby provide the following status report with respect to the Adversary Proceeding filed against Harrison Street Real Estate, LLC, HSRE VI Holding, LLC, HSRE-PAHH IA, LLC, HSRE-PAHH I, LLC, PAHH New College MOB, LLC, PAHH Bellet MOB, LLC, PAHH Broad Street MOB, LLC, PAHH Feinstein MOB, LLC, PAHH Wood Street Garage, LLC, PAHH Erie Street Garage, LLC and Capital One, National Association (collectively, the "**Defendants**"), as follows:

1. On June 30, 2019 and July 1, 2019, each of the Debtors commenced a case under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their business and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No party has requested the appointment of a trustee or examiner in these Chapter 11 Cases.

2. On July 15, 2019, the United States Trustee for the District of Delaware appointed the Official Committee of Unsecured Creditors (the "**Committee**") in the Chapter 11 Cases.

3. On June 29, 2021, the Debtors-Plaintiffs filed the complaint in the Adversary Proceeding against the Defendants.

4.  The claims at issue in the Adversary Proceeding, as well as a number of other claims, are currently the subject of mediation before the Honorable Kevin J. Carey (ret.) pursuant to orders of the Bankruptcy Court dated February 23, 2021 [Bankr. D.I. 2119] and July 28, 2021 [Bankr. D.I. 2648]. The mediation is ongoing and has not yet concluded.

**SAUL EWING ARNSTEIN & LEHR LLP**

/s/ *Mark Minuti*
Mark Minuti (DE Bar No. 2659)
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
mark.minuti@saul.com
monique.disabatino@saul.com

- and –

Jeffrey C. Hampton
Adam H. Isenberg
Centre Square West
1500 Market Street, 38th Floor
Philadelphia, PA 19102
Telephone: (215) 972-7777
Fax: (215) 972-7725
jeffrey.hampton@saul.com
adam.isenberg@saul.com

*Counsel for Plaintiffs*

Dated: March 24, 2022